ANN S. KAPLAN, ESQ. (#76945)
BURESH, KAPLAN, JANG & FELLER
2298 Durant Avenue
Berkeley, California 94704
Telephone:  (510) 548-7474
Facsimile:  (510) 548-7488

Attorneys for Defendants
RON'S LIQUORS, INC., RONALD
POLLACCI, DAVID POLLACCI and JEAN
L. POLLACCI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBBIE TAYLOR, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RON'S LIQUORS, INC., a California Corporation, THOMAS POLLACCI, an individual, RONALD POLLACCI, an individual, DAVID POLLACCI, an individual, JEAN L. POLLACCI, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 10-00694 EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** ; ORDER<br><br>(Civil L.R. 5 and 6-1(a))<br><br>COMPLAINT FILED: 2/18/10<br>TRIAL DATE: Not Set |

The parties herein stipulate to an extension of time for defendants to respond to Plaintiff's Complaint from March 25, 2010 to April 24, 2010.

This extension of time will not alter any dates, events or deadlines already fixed by Court Order.

///

///

///

SO STIPULATED.

Dated: March 25, 2010                     THE COCHRAN FIRM – LOS ANGELES

                                          By: _____
                                          Brian T. Dunn
                                          Attorneys for Plaintiff, DEBBIE
                                          TAYLOR

Dated: March 24, 2010                     BURESH, KAPLAN, JANG & FELLER

                                          By: _____
                                          Ann S. Kaplan
                                          Attorneys for Defendants
                                          RON'S LIQUORS, INC., RONALD
                                          POLLACCI, DAVID POLLACCI and
                                          JEAN L. POLLACCI

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED* — Judge Edward M. Chen

STIPULATION TO EXTEND TIME FOR DEFTS' RESP. TO PLAINTIFF'S COMPLAINT                         2