DAVID R. VOGL (SBN 043156)
MARK W. HOSTETTER (SBN 223264)
VOGL & MEREDITH LLP
456 Montgomery Street, 20th Floor
San Francisco, California 94104
(415) 398-0200 Voice
(415) 398-2820 Facsimile
dvogl@voglmeredith.com

Attorneys for Defendant
THOMAS POLLACCI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

DEBBIE TAYLOR, an individual,

Plaintiff,

vs.

RON'S LIQUORS INC., a California corporation; THOMAS POLLACCI, an individual; RONALD POLLACCI, an individual; DAVID POLLACCI, an individual; JEAN L. POLLACCI, an individual; and DOES 1 through 10, inclusive,

Defendants.

CASE NO.: CV 10-00694 EMC

STIPULATION TO EXTEND TIME FOR DEFENDANT THOMAS POLLACCI'S RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER ; ORDER

(Civil L.R. 5 and 6-1(a))

COMPLAINT FILED 2/18/10
TRIAL DATE: Not Set

Plaintiff DEBBIE TAYLOR and Defendant THOMAS POLLACCI herein stipulate to an extension of time for Defendant THOMAS POLLACCI to respond to Plaintiff's Complaint from April 24, 2010 to May 7, 2010.

This extension of time will not alter any dates, events or deadlines already fixed by Court Order.

///

///

///

///

///

SO STIPULATED.

Dated: April 22, 2010

THE COCHRAN FIRM – LOS ANGELES

By: ______________________
Mariel A. Gerlt
Attorneys for Plaintiff DEBBIE TAYLOR

Dated: April 22, 2010

VOGL & MEREDITH LLP

By: ______________________
DAVID R. VOGL
Attorneys for Defendant
THOMAS POLLACCI

IT IS SO ORDERED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Edward M. Chen

______________________
Edward M. Chen
U.S. Magistrate

**CERTIFICATE OF SERVICE**

I, Melinda Hamm, declare as follows:

I am over the age of eighteen (18) years and am not a party to this action. I am employed in the City and County of San Francisco, state of California, and my business address is 456 Montgomery Street, 20th Floor, San Francisco, California, 94104.

On April 22, 2010, I served or caused the within: **STIPULATION TO EXTEND TIME FOR DEFENDANT THOMAS POLLACCI'S RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** on the attorneys of record in this action as follows:

XXX by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, and deposited the same for collection and **mailing** at San Francisco, California, following ordinary business practices, addressed as set forth below.

**Plaintiff's Attorney:**
Brian T. Dunn, Esq.
Mariel A. Gerlt, Esq.
The Cochran Firm-Los Angeles
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone (323) 931-6200
Facsimile No: (323) 931-9521
bdunn@cochranfirm.com
mgerlt@cochranfirm.com

**Attorney for Other defendants:**
Ann S. Kaplan
Buresh Kaplan Jang et al
2298 Durant Ave
Berkeley, CA 94704
Tel. (510) 548-7474

**Tom Pollacci's criminal defense atty:**
Andrew Liu
The Worthington Law Centre
215 W Alisal St.
Salinas, CA 93901
Tel. (831) 758-1688

I am readily familiar with this law firm's practice for the collection and processing of documents for mailing, Federal Express overnight mail, and facsimile transaction and said document(s) are deposited with the United States Postal Service or Federal Express depository on the same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 22, 2010 in San Francisco, California.

MELINDA HAMM