1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBBIE TAYLOR, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>RON'S LIQUORS INC., a California Corporation, THOMAS POLLACCI, an individual, RONALD POLLACCI, an individual, DAVID POLLACCI, an individual, JEAN L. POLLACCI, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | **CASE NO.: CV 10-00694 SI**<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR CONDUCTING EARLY NEUTRAL EVALUATION UNDER ADR L.R. 5.4(b);**<br><br>[*Filed Concurrently with Stipulation to Extend*]<br><br>**Complaint Filed: 2/18/10**<br>**Trial Date: August 15, 2011** |

**GOOD CAUSE APPEARING,**

1  IT IS HEREBY ORDERED that the time to conduct the Early Neutral Evaluation in the instant matter shall be extended from September 20, 2010 to December 20, 2010.

IT IS SO ORDERED.

DATED: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE