DAVID R. VOGL (SBN 043156)
DAVID J. STREZA (SBN 209353)
VOGL & MEREDITH LLP
456 Montgomery Street, 20th Floor
San Francisco, California  94104
(415) 398-0200 Voice
(415) 398-2820 Facsimile
dvogl@voglmeredith.com

Attorneys for Defendant
THOMAS POLLACCI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBBIE TAYLOR, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RON'S LIQUORS INC., a California corporation; THOMAS POLLACCI, an individual; RONALD POLLACCI, an individual; DAVID POLLACCI, an individual; JEAN L. POLLACCI, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.:  CV 10-00694 EMC<br><br>**STIPULATION AND ORDER CONTINUING TRIAL AND PRE-TRIAL DEADLINES**<br><br>COMPLAINT FILED: February 18, 2010<br>CURRENT TRIAL DATE: August 15, 2011 |

Pursuant to this Court's February 8, 2011 Order re: Motion to Stay, the parties, by and through their respective attorneys, stipulate as follows:

The parties stipulate to continue the current trial date of August 15, 2011, to January 23, 2012.  The parties further stipulate to continue all case management deadlines to the following dates:

NON-EXPERT DISCOVERY CUTOFF: September 2, 2011

DESIGNATION OF EXPERTS: November 4, 2011

　　　REBUTTAL: November 14, 2011

EXPERT DISCOVERY CUTOFF: December 5, 2011

1

**STIPULATION AND ORDER**

1  DISPOSITIVE MOTIONS SHALL BE FILED BY: September 12, 2011
2  OPPOSITION(S) DUE: September 21, 2011
3  REPLY(IES) DUE: September 28, 2011
4  SET HEARING NO LATER THAN: October 10, 2011
5
6  PRETRIAL CONFERENCE DATE: January 10, 2012, at 3:30 p.m.
7  JURY TRIAL DATE: January 23, 2012, at 8:30 a.m., Courtroom 10, 19th Floor.
8
9  Dated: February 23, 2011        VOGL & MEREDITH LLP
10
11
12                    By: _____
                          DAVID R. VOGL
13                        DAVID J. STREZA
                          Attorneys for Defendant
14                        THOMAS POLLACCI

15 Dated: February 23, 2011        BURESH, KAPLAN, JANG & FELLER
16
17
18                    By: _____
                          ANN KAPLAN
19                        Attorneys for Defendants
                          RON'S LIQUORS, INC., RONALD POLLACCI,
20                        DAVID POLLACCI and JEAN POLLACCI

21 Dated: February 23, 2011        THE COCHRAN FIRM
22
23
24                    By: _____
                          BRIAN DUNN
25                        MARIEL GERLT
                          Attorneys for Plaintiff
26                        DEBBIE TAYLOR
27  ///
28  ///

2

STIPULATION AND ORDER

1     DISPOSITIVE MOTIONS SHALL BE FILED BY: September 12, 2011

2           OPPOSITION(S) DUE: September 21, 2011

3           REPLY(IES) DUE: September 28, 2011

4           SET HEARING NO LATER THAN: October 10, 2011

5

6     PRETRIAL CONFERENCE DATE: January 4, 2012, at 3:30 p.m.

7     JURY TRIAL DATE: January 23, 2012, at 8:30 a.m., Courtroom 10, 19th Floor.

8

9 Dated: February 28, 2011         VOGL & MEREDITH LLP

10

11

12                                 By:_____
                                       DAVID R. VOGL
                                       DAVID J. STREZA

13                                        Attorneys for Defendant
                                       THOMAS POLLACCI

14

15 Dated: February 28, 2011         BURESH, KAPLAN, JANG & FELLER

16

17

18                                 By:_____
                                       ANN KAPLAN
                                       Attorneys for Defendants

19                                        RON'S LIQUORS, INC., RONALD POLLACCI,
                                       DAVID POLLACCI and JEAN POLLACCI

20

21 Dated: February 28, 2011         THE COCHRAN FIRM

22

23

24                                 By:_____/s/_____
                                     BRIAN DUNN
                                     MARIEL GERLT

25                                        Attorneys for Plaintiff
                                     DEBBIE TAYLOR

26

27 ///

28 ///

**STIPULATION AND ORDER**

1  GOOD CAUSE APPEARING, the Court orders that the August 15, 2011 trial date is
2 continued to January 23, 2012. In addition, the following case management deadlines are
3 adopted by the Court:
4     NON-EXPERT DISCOVERY CUTOFF: September 2, 2011
5
6     DESIGNATION OF EXPERTS: November 4, 2011
7         REBUTTAL: November 14, 2011
8     EXPERT DISCOVERY CUTOFF: December 5, 2011
9
10    DISPOSITIVE MOTIONS SHALL BE FILED BY: September 12, 2011
11        OPPOSITION(S) DUE: September 21, 2011
12        REPLY(IES) DUE: September 28, 2011
13        SET HEARING NO LATER THAN: October 10, 2011
14
15    PRETRIAL CONFERENCE DATE: January 10, 2012, at 3:30 p.m.
16    JURY TRIAL DATE: January 23, 2012, at 8:30 a.m., Courtroom 10, 19th Floor.
17    SO ORDERED.
18
19 Dated: 3/8, 2011

_____
SUSAN ILLSTON
United States District Judge

3

**STIPULATION AND ORDER**