1  BRIAN T. DUNN (CSBN 176502)
2  THE COCHRAN FIRM
   4929 Wilshire Boulevard, Suite 1010
3  Los Angeles, CA 90010-3856
4  Los Angeles, CA 90010-3856
   (323) 931-6200 Telephone
5  (323) 931-9521 Facsimile
6  bdunn@cochranfirm.com

7  Attorneys for Plaintiff DEBBIE LYNN TAYLOR

8

9              UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  DEBBIE TAYLOR, an individual, | CASE NO. CV10-00694 SI |
| 13                  Plaintiff, | Hon. Susan Illston for all proceedings |
| 14  v. | STIPULATION OF DISMISSAL |
| 15 | |
| 16  RON'S LIQUORS INC., a California | |
| 17  Corporation, THOMAS POLLACCI, an individual, RONALD POLLACCI, | [Proposed] Order filed concurrently herewith |
| 18  an individual, DAVID POLLACCI, an individual, JEAN L. POLLACCI, | Matter for Determination before |
| 19  an individual, and DOES 1 through 10, inclusive, | Honorable Susan Illston |
| 20 | |
| 21                  Defendants. | |

22

23    Pursuant to <u>Federal Rule of Civil Procedure</u> 49(a)(1)(ii), it is hereby

24 stipulated by and among Plaintiff DEBBIE TAYLOR and Defendants RON'S

25

26 LIQUORS INC., THOMAS POLLACCI, RONALD POLLACCI, DAVID

27                                     1
28

1  POLLACCI, and JEAN L. POLLACCI, by and through their counsel, that the
2  above-captioned matter be dismissed in its entirety, with prejudice, as to all
3
4  Defendants, named or unnamed.
5      The parties further stipulate that they waive any and all claims for attorney's
6  fees and costs under 42 U.S.C. § 1988 or any other provision of law.
7
8  DATED: November 16, 2011          THE COCHRAN FIRM - LOS ANGELES
9
10                                   By: _____
11                                   BRIAN T. DUNN, ESQ.
                                     Attorneys for Plaintiff DEBBIE TAYLOR
12
13 DATED: November 17, 2011          BURESH, KAPLAN, FELLER & CHANG
14
15                                   By: _____
16                                   FRED M. FELLER, ESQ.
                                     ANN S. KAPLAN, ESQ.
17                                   Attorneys for defendants Ron's Liquors,
18                                   Inc., Ronald Pollacci, David Pollacci and
                                     Jean L. Pollacci
19
20 DATED: November ___, 2011         VOGL & MEREDITH
21
22                                   By: _____
23                                   DAVID STREZA, ESQ.
                                     Attorneys for defendant Thomas Pollacci
24
25
26
27
28                                          2