BRIAN T. DUNN (CSBN 176502)
THE COCHRAN FIRM
4929 Wilshire Boulevard, Suite 1010
Los Angeles, CA 90010-3856
Los Angeles, CA 90010-3856
(323) 931-6200 Telephone
(323) 931-9521 Facsimile
bdunn@cochranfirm.com

Attorneys for Plaintiff DEBBIE LYNN TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBBIE TAYLOR, an individual, | CASE NO. CV10-00694 SI |
| Plaintiff, | Hon. Susan Illston for all proceedings |
| v. | STIPULATION OF DISMISSAL |
| RON'S LIQUORS INC., a California Corporation, THOMAS POLLACCI, an individual, RONALD POLLACCI, an individual, DAVID POLLACCI, an individual, JEAN L. POLLACCI, an individual, and DOES 1 through 10, inclusive, | [Proposed] Order filed concurrently herewith<br><br>Matter for Determination before Honorable Susan Illston |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 49(a)(1)(ii), it is hereby stipulated by and among Plaintiff DEBBIE TAYLOR and Defendants RON'S LIQUORS INC., THOMAS POLLACCI, RONALD POLLACCI, DAVID

1

1  POLLACCI, and JEAN L. POLLACCI, by and through their counsel, that the
2  above-captioned matter be dismissed in its entirety, with prejudice, as to all
3
4  Defendants, named or unnamed.
5　　　The parties further stipulate that they waive any and all claims for attorney's
6  fees and costs under 42 U.S.C. § 1988 or any other provision of law.
7
8  DATED: November 16, 2011　　THE COCHRAN FIRM - LOS ANGELES
9
10　　　　　　　　　　　　　　　By: _____
11　　　　　　　　　　　　　　　　　BRIAN T. DUNN, ESQ.
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff DEBBIE TAYLOR
12
13  DATED: November 17, 2011　　BURESH, KAPLAN, FELLER & CHANG
14
15　　　　　　　　　　　　　　　By: _____
16　　　　　　　　　　　　　　　　　FRED M. FELLER, ESQ.
　　　　　　　　　　　　　　　　　ANN S. KAPLAN, ESQ.
17　　　　　　　　　　　　　　　　　Attorneys for defendants Ron's Liquors,
18　　　　　　　　　　　　　　　　　Inc., Ronald Pollacci, David Pollacci and
　　　　　　　　　　　　　　　　　Jean L. Pollacci
19
20  DATED: November ___, 2011　　VOGL & MEREDITH
21
22
23　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　DAVID STREZA, ESQ.
24　　　　　　　　　　　　　　　　　Attorneys for defendant Thomas Pollacci
25
26
27
28　　　　　　　　　　　　　　　2